```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
ROBERT STEVEN MANNING,                                                 :
                                                                       :
                              Plaintiff,                               :
                                                                       :      22 Civ. 1367 (JPC)
              -v-                                                      :
                                                                       :      ORDER
UNITED STATES DEPARTMENT OF JUSTICE and                                :
UNITED STATES PAROLE COMMISSION,                                       :
                                                                       :
                              Defendants.                              :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    Defendants shall answer or otherwise respond to the Complaint by May 13, 2022.

    SO ORDERED.

Dated: April 21, 2022
       New York, New York

                                        JOHN P. CRONAN
                                      United States District Judge